IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THERENCE W. CROOKS,
    Plaintiff,

vs.                                             Case No.: 3:17cv551/LAC/EMT

JULIE JONES, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated October 16, 2017, Plaintiff was given thirty (30) days in which to file an amended complaint (ECF No. 4). At Plaintiff's request, the court extended the deadline to January 15, 2018 (*see* ECF Nos. 5, 6). Plaintiff failed to file an amended complaint by the extended deadline; therefore, on February 12, 2018, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order

of the court (ECF No. 7).[1]  As of the date of this Report and Recommendation, Plaintiff has not filed an amended complaint or explained his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 4th day of April 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

---

[1] On February 26, 2018, the copy of show cause order served upon Plaintiff was returned by Santa Rosa Correctional Institution (Plaintiff's address of record) as undeliverable (*see* ECF No. 8). Santa Rosa C.I. indicated that Plaintiff's new address was Fresh Start Shelter, 8 Bobolink Street, NE, Ft. Walton Beach, FL 32548-4979 (*see id.*).  The clerk of court re-sent the copy of the show cause order to Plaintiff at the new address on March 12, 2018.